UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation, as successor-in-interest to Colonial Bank by asset acquisition from the FDIC as Receiver for Colonial Bank,

      Plaintiff,

v.

STEPHEN C. CHEESEMAN, individually,

      Defendant.
_____/

Case No.: 8:13-cv-1439-T-33TBM

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, Branch Banking and Trust Company, by and through its undersigned counsel, hereby discloses the following pursuant to this Court's Interested Persons Order:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

      W. Glenn Jensen, Esquire
      Eric F. Werrenrath, Esquire
      Roetzel & Andress, LPA
      Branch Banking and Trust Company
      Colonial Bank, N.A.
      Federal Deposit Insurance Corporation
      Bay Pointe Apartments of Clearwater, LLC
      Silver Leaf East, LLC
      Landmark Apartments, LLC
      Columbia Arms Community, LLC
      Wayne Manor, LLC
      Greentree Townhouses, LLC
      Lincoln Square Apartments, Inc.
      Redwine Properties, Inc.

      Windsor Square Apartments, Inc.
      Stephen C. Cheeseman

    2.     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      None (other than the entities noted in Response No. 1).

    3.     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

      Not applicable.

    4.     The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      None.

    I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

    Dated this 11th day of February, 2014.

                                        */s/Eric F. Werrenrath*
                                        W. Glenn Jensen, Esquire
                                        Florida Bar No. 0126070
                                        Eric F. Werrenrath, Esquire
                                        Florida Bar No. 0051691
                                        Roetzel & Andress, LPA
                                        420 South Orange Avenue
                                        CNL Center II, 7th Floor
                                        Orlando, FL   32801
                                        Ph:   407-896-2224
                                        Fax:  407-835-3596
                                        gjensen@ralaw.com
                                        ewerrenrath@ralaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of February, 2014, the foregoing document was served upon all counsel of record and/or pro se parties identified in the following Service List in the manner specified.

/s/ Eric F. Werrenrath
Eric F. Werrenrath

## SERVICE LIST

*/s/ Edward J. Peterson, III*
Edward J. Peterson, III, Esquire
Florida Bar No. 0014612
Stichter, Reidel, Blain & Prosser, P.A.
110 East Madison Street
Tampa, Florida 33602
Telephone: (813) 229-0144
Facsimile: (813) 229-1811
epeterson@srbp.com
epeterson.ecf@srbp.com
Counsel for Defendant