```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                    TAMPA DIVISION
```

BRANCH BANKING AND TRUST
COMPANY, a North Carolina
banking corporation, as
successor-in-interest to
Colonial Bank by asset
acquisition from the FDIC as
Receiver for Colonial Bank,

    Plaintiff,

v.                                 Case No. 8:13-cv-1439-T-33TBM

STEPHEN C. CHEESEMAN,

    Defendant.
_____/

## ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Scheduling Mediation (Doc. # 19) filed on March 10, 2014, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as Mediator in this action:

    **Name of Mediator**: Michael P. Horan

    **Address**:            Trenam Kemker
                       200 Central Avenue, Suite 1600
                       St. Petersburg, Florida 33701

    **Telephone:**       (727)-824-6201

By agreement of the parties, the mediation conference is scheduled for **May 28, 2014, at 10:00 a.m.** at the offices of Trenam Kemker, 101 East Kennedy Boulevard, Suite 2700, Tampa, Florida 33602.

The parties are directed to mediate in good faith and to fully and faithfully explore every settlement opportunity. Furthermore, the Court directs that all counsel, parties, corporate representatives, and any other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required. See Local Rule 9.05(c).

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of March, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record

          Mediator: Michael P. Horan
          Trenam Kemker
          200 Central Avenue, Suite 1600
          St. Petersburg, Florida 33701